FILED
CLERK, U.S. DISTRICT COURT
FEB 2 4 2025
CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   vs.<br><br>MARTHA AGUILAR,<br><br>        Defendant. | Case No.: CR 22-0229-DMG<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central Dist./Calif. for alleged violation(s) of the terms and conditions of his/(her) [probation] (supervised release); and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  (✓)  The defendant has not met his/(her) burden of establishing by clear and convincing evidence that he/(she) is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on  no apparent bail resources, allegations of petition,

including failure to report, prior unauthorized travel to Mexico

(and)/or

B.  (✓)  The defendant has not met his/(her) burden of establishing by clear and convincing evidence that he/(she) is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on: prior revocation, arrests while on supervision, apparent substance abuse issues, prior protection orders issued against Defendant.

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: February 24, 2025

/s/ Jean Rosenbluth
JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE